Nov. Term, 1856.

MARVIN
v.
CARTER.

---

MARVIN, Administrator *v.* CARTER, Administrator.

Wednesday, January 14, 1857.

APPEAL from the *Fountain* Court of Common Pleas.

*Per Curiam.*—Suit by *Carter* against *Marvin.* Verdict for defendant. New trial granted. Exception by defendant. Cause dismissed by plaintiff at a subsequent term, with permission of the Court. No exception taken. Appeal by defendant to this Court.

No cause of action or defense appears in the record.    Nov. Term,
The judgment is affirmed with costs.    1856.
M. M. Milford and J. Ristine, for the appellant.    BOGGS
W. H. Mallory, for the appellee.    v.
                                        THE STATE.